Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of New York

_Buffalo_____ Division

| | |
|---|---|
| Close2DaEdge PC Technology Solutions<br>Vern Ramon Lockridge, Owner<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>The Buffalo Police<br>E-District and C-District<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **18 CV 816** ✓<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

FILED JUL 25 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vern Ramon Lockridge |
   | Street Address | 266 Elmwood Ave., #353 |
   | City and County | Buffalo Erie |
   | State and Zip Code | New York 14222 |
   | Telephone Number | 716-370-8475 |
   | E-mail Address | close2daedge@live.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Alphonso Wright |
| Job or Title *(if known)* | C-District Patrol |
| Street Address | 693 East Ferry  14211 |
| City and County | Buffalo Erie |
| State and Zip Code | New York 14211 |
| Telephone Number | 716-851-4412 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Carmen Menza |
| Job or Title *(if known)* | Chief E-District Patrol |
| Street Address | 2767 Bailey Avenue , |
| City and County | Buffalo Erie |
| State and Zip Code | NY 14215 |
| Telephone Number | 716-851-4416 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title 42 U.S. Code § 1983 - Civil action for deprivation
42 USC Ch. 21: CIVIL RIGHTS of the U.S. Constitution Title 42 § 1986. Action for neglect to prevent.

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**My above rights were violated due to the results of the affidavit attached and could have been prevented if I had better concern and assistance.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**$32,550 total of original lost along with $40,000.00 for violating the above rights, that lead to unlawfully imprisoned on the separate Civil claim against the Buffalo City Court and the Legal Aide Bureau of Buffalo Inc.**

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/25/18

Signature of Plaintiff: *Vern R. Lockridge*

Printed Name of Plaintiff: Vern Ramon Lockridge

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

I, Vern Ramon Lockridge owner of the NYS GOV. entity Close2DaEdge PC Technology Solutions is filing this claim against The Buffalo Police for violating my civil rights under Title 42 of the U.S. Constitution.

**Title 42 U.S. Code § 1983 - Civil action for deprivation of rights,** by not properly initiating their call of duty when requested by me at the time of Paramedics arriving. Which was to contact me at the ECMC and never was contacted by anyone. The police report attached demonstrates the negligence that was performed by all participating employees of The Buffalo Police Department. The police report also mentions false statements, such as stop and get weed. They were never told anything about going to get weed, but only the stop to Wick St. that was requested by female in this situation. The woman is the one that orchestrated the whole robbery plan. The Buffalo Police thought less of the matter, based on it pertained to me being involved. A report from the French St. and Kehr St. was never made out, due to the importance of me, Vern Ramon Lockridge participating in an investigation, which is strongly believed by me. Under Title VI of the Civil Rights Act of 1964 together, these laws prohibit discrimination on the basis of race, color, national origin, sex, and religion by State and local law enforcement agencies that receive financial assistance from the Department of Justice. (Title 42 U.S.C. § 2000d, et seq. and 42 U.S.C. § 3789d(c)).

I the Pro Se Plaintiff, Vern Ramon Lockridge owner of the NYS GOV. entity Close2DaEdge PC Technology Solutions is filing this claim against The Buffalo Police for violating my civil rights under Title 42 of the U.S. Constitution. **Title 42 U.S. Code § 1983 - Civil action for deprivation of rights,** by not properly initiating their call of duty when requested by me. They were told that I the Plaintiff in this civil complaint was handling NYS Gov. Business, and I needed their assistance to take me into custody at the district station due to my condition, while they approached me as a criminal showing acts of annoyance toward me between 9:30 pm to 10:00 pm eastern time, at the corner of French St. and Kehr St. in Buffalo New York. These officers did not display name tags, but started to question me about gunshots that I had no clue. I initiated the call because I thought I heard a gunshot and to be assisted due to the condition I was in and I was treated unfairly by Buffalo Police Officers that were expressing hostility towards me when they arrived in several squad cars. I begged the officers to take me into custody, and they replied that's what you get for having that much money on you, which is a violation of my civil rights under **42 USC Ch. 21: CIVIL RIGHTS** of the U.S. Constitution **Title 42 § 1986. Action for neglect to prevent.** I became frightened and paranoid while fleeing the scene and made it to Genesee St. & Doat St., to the corner store to retrieve a cab to get a hotel. While at the store I was gathering myself together and a female in her late 20's or mid 30's assisted me with calling a cab because I couldn't

receive a signal for my phone at location. We began to converse and I became vulnerable to her. She asked me if she could come to the hotel with me and I accepted her offer. Once cab arrived on the way to the hotel she said to me that she needed to make a stop on Wick St. off Broadway Avenue. Once we arrived she went into a house on the right hand side of the block and went in the back yard. I told the cab driver that I had to urine and I went into the same yard and while I was on my way back to the cab he pulled off and a short Black male approached me with a revolver stating to me to give him the money or I'll kill you. I handed him the money and I ran for my life and I somehow stepped on my Left shoe string and my boot came off. Once I made it to a store around Broadway Ave. and Wick St. the store clerk called the police for me. Once the Buffalo Police arrived I explained to them what had happened and they requested for Paramedics. I described the location and the whereabouts of crime scene and they said that I'll here from a detective regarding this criminal act that was inflicted against me. I the plaintiff in this Civil Claim against the Buffalo Police has never heard from any investigators since event occurred, even while in custody of ECMC. Under **Title VI of the Civil Rights Act of 1964** together, these laws prohibit discrimination on the basis of race, color, national origin, sex, and religion by State and local law enforcement agencies that receive financial assistance from the Department of Justice. (**Title 42 U.S.C. § 2000d, et seq. and 42 U.S.C. § 3789d(c))**. The misconduct covered by Title VI and the OJP

(Office of Justice Programs) Program Statute includes, for example, harassment or use of racial slurs, unjustified arrests, discriminatory traffic stops, coercive sexual conduct, **retaliation for filing a complaint with DOJ or <u>participating in the investigation</u>**, use of excessive force, or refusal by the agency to respond to complaints alleging discriminatory treatment by its officers. The Buffalo Police were asked to take me into custody, due to me being frightened after a miscommunication with an unknown individual, while handling NYS Gov. Administration and they refused. No investigation was done or any effort to retrieve the robbery suspect, the cab driver or the female from corner store. But the allegations I'm claiming were recorded by street cameras. I have a strong belief that when the insurance scam that was committed by the Hall brothers, Robert Hall & Andre Hall, my credibility isn't in a well standard because I refuse the $3000.00. The offer from the detective from the E- District to silence the fact of what really occurred, involving a robbery against me for $2000.00 and the insurance scam committed by the two mention above. This caused for me to be interviewed by Progressive insurance investigator and Mary C. Kane of the USDOJ, meaning **<u>I participated in this investigation</u>** through a subpoena that was issued. I explained at that interview about the offer and I was told that I should relocate somewhere else. I the Plaintiff in this civil claim believes that by me participating in the investigation with the USDOJ the Buffalo Police now have a displeasure when involving me. Under **TITLE 42—The Public Health and**

**Welfare** was not provided when they refused to secure me or investigate the criminal act that took place. Instead Buffalo Police deprived me of rights and privileges. If the Buffalo Police would have taken me into custody the robbery would have never occurred, and by them not honoring my request under **Title 42 § 1986. Action for neglect to prevent** was committed by arriving officers that was requested by me for safety. The Buffalo Police acquired the power and permission of me to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed and the store owner was a witness.

**BOYS AND GIRLS CLUBS OF BUFFALO INC.**
**OPERATING ACCOUNT**

2355

Payee     Close2DaEdge PC Technology Solutions                                    2355
Vendor ID    Close2DaEdge PC              Account #:                            12/7/2017

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| 000001 | 42 ThinkPad Yoga 11e 4th Gen | $0.00 | $32,550.00 |
| | | Total : $0.00 | $32,550.00 |

Case 1:18-cv-00816-LJV    Document 1    Filed 07/25/18    Page 11 of 14

**BOYS AND GIRLS CLUBS OF BUFFALO INC.**
**OPERATING ACCOUNT**

Payee     Close2DaEdge PC Technology Solutions
Vendor ID    Close2DaEdge PC              Account #:



# Erie County Medical Center Police Dept.
## POLICE REPORT
## LOST PROPERTY

**Complaint** 17-051541
**Report Date & Time** 12/31/2017 16:49

COPY

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time Between And Between | Type of Premise |
|---|---|---|---|---|
| 462 GRIDER ST | Erie | 0 | 12/29/2017 02:46  12/31/2017 16:49 | Hospital |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Investigation Pending | | N | | | | |

Officers: 36 - FOX  45 - SCANLON   Rep. Off. 47 - MCGUIRE
47 - MCGUIRE  48 - WILLIAMS   Supervisor: LIEUT - CARLO

## EMPLOYEE - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Repor |
|---|---|---|---|---|---|---|---|---|---|---|
| HEPBURN | JEREMY | | | 12/20/1964 | White | M | 53 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 462 GRIDER ST | BUFFALO | | 14215 | | |

Height  Weight  Hair  Eyes  Build  Complexion  Glasses  Scars/Marks/Tattoos

## EMPLOYEE - 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Repor |
|---|---|---|---|---|---|---|---|---|---|---|
| VIZZI | BRANDON | | | 04/09/1987 | White | M | 30 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 462 GRIDER ST | BUFFALO | NY | 14215 | | |

Height  Weight  Hair  Eyes  Build  Complexion  Glasses  Scars/Marks/Tattoos

## EMPLOYEE - 3

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Repor |
|---|---|---|---|---|---|---|---|---|---|---|
| FOX | ANTHONY | | | 10/27/1985 | White | M | 32 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 462 GRIDER ST | BUFFALO | NY | 14215 | | |

Height  Weight  Hair  Eyes  Build  Complexion  Glasses  Scars/Marks/Tattoos

## EMPLOYEE - 4

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Repor |
|---|---|---|---|---|---|---|---|---|---|---|
| HUNTER | THAMEENA | | | 12/25/1978 | Unknown | F | 39 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 462 GRIDER ST | BUFFALO | NY | 14215 | | (716) 898-3000 |

Height  Weight  Hair  Eyes  Build  Complexion  Glasses  Scars/Marks/Tattoos

## PATIENT - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Repor |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCKRIDGE | VERN | | | 12/13/1974 | Not Reported | M | 43 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 212 MARYLAND ST | BUFFALO | NY | 14201 | (716) 235-4486 | |

Height  Weight  Hair  Eyes  Build  Complexion  Glasses  Scars/Marks/Tattoos

## PROPERTY

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Repor |
|---|---|---|---|---|---|---|---|---|
| 1 | | US CURRENCY | Lost | | | | $1.00 | PR |

## NARRATIVE

**POLICE REPORT** Date Entered: 12/31/2017 18:02  Typist: ANDREW MCGUIRE  Officer: MCGUIRE,A,47

ON SUNDAY 12/31/2017 AT APPROXIMATELY 1530 HOURS, WHILE ON DUTY AS UNIT 26B, PATROL WAS DISPATCHED TO 7 ZONE 1 (ROOM 769) TO SPEAK WITH A DISGRUNTLED PATIENT. THE PATIENT WAS UPSET WITH THE CARE THAT HE WAS RECEIVING AT THE HOSPITAL AND ADMITTED TO BEING VERBALLY COMBATIVE WITH ERIE COUNTY MEDICAL CENTER (ECMC) STAFF. PATROL SPOKE WITH THE PATIENT AND ADVISED HIM TO SPEAK WITH THE NURSING CARE COORDINATOR (NCC) TO VOICE HIS CONCERNS ABOUT HIS TREATMENT PLAN. THE PATIENT AGREED TO SPEAK WITH THE NCC AND REMAINED IN HIS ROOM.

AT APPROXIMATELY 1628 HOURS LATER THE SAME DAY, PATROL WAS DISPATCHED TO 7 ZONE 1 (ROOM 769) A SECOND TIME AFTER THE PATIENT HAD SPOKEN TO THE NCC. THE

|  | **Erie County Medical Center Police Dept.**<br>**POLICE REPORT**<br>**LOST PROPERTY** | Complaint<br>**17-051541**<br>Report Date & Time<br>**12/31/2017  16:49** |
|---|---|---|

PATIENT WAS ADVISED THAT HE COULD SPEAK TO A PATIENT ADVOCATE AFTER HE SPOKE WITH THE NCC, BUT THE PATIENT DID NOT WANT TO SPEAK WITH A PATIENT ADVOCATE AND INSTEAD, STATED HE WANTED TO LEAVE VOLUNTARILY AND GO TO A DIFFERENT HOSPITAL. WHILE THE PATIENT WAS LEAVING HIS ROOM, HE REFUSED TO SIGN THE AGAINST MEDICAL ADVICE (AMA) DOCUMENTATION THAT 7 ZONE 1 STAFF PROVIDED FOR HIM.

OFFICERS THEN ESCORTED THE PATIENT DOWN TO THE LOBBY WHERE HE STATED THAT HE HAD A LARGE SUM OF MONEY THAT HE DID NOT RECEIVE. UNITS ESCORTED THE PATIENT TO THE CASHIERS OFFICE AND WAITED FOR EMPLOYEE 1, SO THAT THE CASHIERS OFFICE SAFE COULD BE CHECKED.

WHILE WAITING FOR EMPLOYEE 1 AT THE CASHIERS OFFICE, EMPLOYEE 3 RETURNED TO 7 ZONE 1 TO CHECK WITH STAFF AND CONFIRM IF A LARGE SUM OF MONEY WAS PUT INTO THE SAFE. A CHECK OF THE PATIENT'S PERSONAL PROPERTY INVENTORY LOG SHEETS IN MEDITECH CONFIRMED THAT THE PATIENT CAME INTO THE HOSPITAL ON FRIDAY 12/29/17 AT 0245 HOURS AND THAT $10,600 WAS COUNTED BY EMPLOYEE 2 AND DEPOSITED INTO THE SAFE. THE LAST PERSONAL PROPERTY INVENTORY LOG SHEET FOR THE PATIENT WAS RECORDED ON SUNDAY 12/31/17 AT 1455 HOURS AND CONFIRMED THE MONEY WAS STILL IN THE SAFE. A COPY OF THE PATIENT'S PERSONAL PROPERTY INVENTORY LOG SHEETS WILL BE ADDED TO THE CASE FILE. EMPLOYEE 3 RELAYED THIS INFORMATION TO THE OFFICERS STANDING BY OUTSIDE THE CASHIERS OFFICE.

EMPLOYEE 1 ARRIVED AT THE CASHIERS OFFICE AND RETRIEVED THE PATIENT'S MONEY FROM THE SAFE. EMPLOYEE 1 ADVISED THE PATIENT TO COUNT HIS MONEY AT THE CASHIERS OFFICE WINDOW TO ENSURE IT WAS ALL ACCOUNTED FOR. THE PATIENT COUNTED $10,150 AND STATED THAT HE WAS SHORT $450. EMPLOYEE 3 RECOUNTED PATIENT 1'S MONEY IN FRONT OF OFFICERS, THE PATIENT AND EMPLOYEE 1 AND ALSO COUNTED A SUM OF $10,150. THE PATIENT SIGNED FOR AND TOOK POSSESSION OF THE $10,150 AND WAS ADVISED THAT A POLICE REPORT WOULD BE FILED FOR THE MISSING MONEY. THE PATIENT WAS GIVEN THE CONTACT INFORMATION FOR ECMC PROPERTY RESOLUTION AND ADVISED TO CONTACT THEM ON TUESDAY 01/02/2018. A COPY OF THE SIGNED PROPERTY INVENTORY SHEET SHOWING THE PATIENT TOOK POSSESSION OF THE MONEY WILL BE ADDED TO THE CASE FILE.

WHILE WAITING FOR THE COMPLETION OF HIS LOST PROPERTY POLICE REPORT IN THE ECMC LOBBY, THE PATIENT SPOKE WITH EMPLOYEE 4, WHO WAS ABLE TO CONVINCE THE PATIENT TO CONTINUE HIS TREATMENT AND RE REGISTER HIMSELF INTO THE ECMC EMERGENCY DEPARTMENT. THE PATIENT AGREED AND EMPLOYEE 4 ESCORTED THE PATIENT IN A WHEELCHAIR TO THE EMERGENCY ROOM REGISTRATION DESK.

PATROL WILL COMPLETE A FOLLOW UP INVESTIGATION ON TUESDAY 01/02/2018 WITH THE CASHIERS OFFICE STAFF TO CONFIRM THAT THERE ARE NO RECEIPTS OR PAPERWORK TRAIL THAT WOULD INDICATE THAT THE PATIENT'S MONEY WAS EVER ACCESSED SINCE BEING DEPOSITED INTO THE CASHIERS OFFICE SAFE. NOTHING FURTHER AT THIS TIME.

Officer: 47 - MCGUIRE          Supervisor: LIEUT - CARLO



# BUFFALO PD
## POLICE REPORT
## ROBBERY

**Complaint** 17-3620034
Report Date & Time: 12/28/2017 01:29

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| WICK @ BROADWAY | 'C' | 110 | 12/28/2017 01:00 | Thursday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Closed | | N | | | | |

Officers: L491 - BOICE     D649 - BONNER     Rep. Off.: L491 - BOICE
P3702 - COSEGLIA                               Supervisor:

### COMPLAINANT

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCKRIDGE | VERN | R | | 12/13/1974 | Black | M | 43 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| | | | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law     Yes/No

### OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 160.15-04 | F | B | 1 | ROB 1ST/DISPLAY FIREARM | PR |
| PL | 155.30-01 | F | E | 4 | GR LAR 4-VALUE PROPERTY GREATER THAN $1000 | PR |

### NARRATIVE

**POLICE REPORT** | Date Entered: 12/28/2017 03:31 | Typist: PATRICK BOICE | Officer: L0178 BOICE, PATRICK

Complt states that on d/t/l he was driven by a cold spring cab, van that was grey in color, with a male driver and a female that was wearing a red, black and white chicago bulls shirt/jacket to Wick st where the female suggested the Complt buy some weed. When the Complt exited the vehicle two men in dark clothing jumped toward him displaying a handgun and robbed him of a large amount of money. Complt reports having $30000 cash at the begining of the night. Officers did see Complt still have thousand of dollars still on his person. The Complt became very irate and uncooperative in regard to further information.

**SUPPLEMENT #1** | Date Entered: 02/28/2018 11:10 | Typist: THOMAS MCCARTHY | Officer: 000809 MCCARTHY, THOM

closed

unable to locate complainant, no address or phone given. no followup's from complainant.


*Det. Patrick Overdorf*     693 E. Ferry
                            C District - 851-4412

| Officer: L491 - BOICE | Supervisor: - |
|---|---|
| Printed Date: 07/18/2018 02:24 PM | Page: 1 |